IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY MACK NICHOLS, JR.**                                                                **PLAINTIFF**
**ADC #92713**

v.                          CASE NO. 2:20-CV-00177-BSM-JTR

**D.W. JACKSON, Deputy Warden,**
**East Arkansas Regional Max Unit,** *et al.*                              **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge J. Thomas Ray's proposed findings and recommendations [Doc. No. 4] are adopted. Nichols's motion for leave to proceed in forma pauperis [Doc. No. 1] is denied, and this case is dismissed without prejudice. Nichols has thirty days to reopen the case by paying the $400 filing fee in full and filing a motion to reopen. Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE