IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY MACK NICHOLS, JR.**                                                                 **PLAINTIFF**
**ADC #92713**

v.                 **CASE NO. 2:20-CV-00177-BSM-JTR**

**D.W. JACKSON, Deputy Warden,**
**East Arkansas Regional Max Unit,** *et al.*                               **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE